**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**WALTER PETERSON**                                                          **PLAINTIFF**

v.                                                     CIVIL ACTION NO. **1:15cv00204-SA-DAS**

**LIBERTY LIFE ASSURANCE COMPANY OF
BOSTON, dba LIBERTY MUTUAL INSURANCE**                  **DEFENDANT**

## STIPULATION FOR DISMISSAL WITH PREJUDICE

     **Plaintiff,** Walter Peterson, and **Defendant**, Liberty Life Assurance Company of Boston pursuant to Fed. R. Civ. P. 41 (a)(1), hereby stipulate and agree that the above-captioned matter may be dismissed, with prejudice, without further notice.

     The parties have agreed to bear their own cost and attorney fees and will not attempt to shift the burden of such cost and fees to the opposing parties through the federal rules of civil procedure or through state or federal cost of fee shifting laws.

     Dated this 14th day of November, 2016.

                                                         Respectfully submitted,

                                                         WALTER PETERSON, PLAINTIFF

                                                         BY:    THE MARTIN LAW GROUP, LLC

                                                         BY:    /s/ David P. Martin
                                                                      David P. Martin

David P. Martin
(ASB-3500-M68D)
THE MARTIN LAW GROUP, LLC
P.O. Box 20087
Tuscaloosa, Alabama 35402
PH: 205-343-1771
FX: 205-343-1781
Email: davidpmartin@erisacase.com

                                                                     *- And -*

BY: MEADOWS LAW GROUP, LLC

BY: /s/ Amanda H. Meadows
Amanda H. Meadows

Amanda H. Meadows
(MSB# 104968/ Fla. Bar No.: 10662)
MEADOWS LAW GROUP, LLC
3600 Bluecutt Rd. Suite 5
Columbus, Mississippi 39705
PH: 662-251-0402
FX: 662-796-3043
Email: Amanda@MeadowsLawGroup.com

**- AND -**

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

BY: LAW OFFICES OF IWANA RADEMAEKERS, P.C.

BY: /s/ Iwana Rademaekers
Iwana Rademaekers

Iwana Rademaekers
(Admitted *Pro Hac Vice*)
Texas Bar No. 16452560
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

*- And -*

BY: BALCH & BINGHAM LLP

BY: /s/ M. Brant Pettis
Of Counsel

M. Brant Pettis (MS Bar No. 101976)
Matthew W. McDade (MS Bar No. 103207)
BALCH & BINGHAM LLP
1310 Twenty Fifth Avenue
Gulfport, MS  39501
Telephone:  (228) 864-9900
Facsimile:  (228) 864-8221
Email: bpettis@balch.com